LACKAWANNA STEEL CONSTRUCTION CORPORATION, Respondent, *v.* ADAMS BROS. CONSTRUCTION CORPORATION, Appellant, Impleaded with Another.

(Argued June 11, 1935; decided July 11, 1935.)

*Louis B. Williams* and *Francis Bergan* for appellant.
*Ray M. Stanley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.